

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CRIMINAL ACTION NO. 2:22-cr-00212

SHAWN MICHAEL PATTON,

    Defendant.

## WRITTEN PLEA OF GUILTY

In the presence of Rachael E. Zimarowski, my counsel, who has fully explained the charge contained in Count One of the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count One of the Indictment.

DATE: 8-1-2023

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT